NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1123, -1137

INFORMATICA CORPORATION,

Plaintiff-Cross Appellant,

v.

BUSINESS OBJECTS DATA INTEGRATION, INC.
(formerly known as Acta Technology, Inc.),

Defendant-Appellant.

Lynn H. Pasahow, Fenwick & West, LLP, of Mountain View, California, argued for the plaintiff-cross appellant.  With her on the brief were J. David Hadden, Darren E. Donnelly, Carolyn Chang; and Heather N. Mewes and David D. Schumann, of San Francisco, California.  Of counsel were David M. Lacy Kusters, Fenwick & West, LLP, of San Francisco, California and Ryan A. Tyz, Fenwick & West, LLP, of Mountain View, California.

Daniel J. Furniss, Townsend and Townsend and Crew LLP, of San Francisco, California, argued for defendant-appellant.  With him on the brief was Gregory S. Gilchrist.

Appealed from:  United States District Court for the Northern District of California

Magistrate Judge Elizabeth D. Laporte

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1123, -1137

INFORMATICA CORPORATION,

Plaintiff-Cross Appellant,

v.

BUSINESS OBJECTS DATA INTEGRATION, INC.
(formerly known as Acta Technology, Inc.),

Defendant-Appellant.

# Judgment

ON APPEAL from the     United States District Court for the
Northern District of California

In CASE NO(S).       02-CV-03378.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, GAJARSA and PROST, <u>Circuit Judges</u>):

<u>**AFFIRMED**</u>. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE:  November 17,2008        __/s/ Jan  Horbaly_____
Jan Horbaly, Clerk